ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| EL PUEBLO DE PUERTO RICO<br><br>Parte Recurrida<br><br><br>V.<br><br><br>JOSÉ RAFAEL TORRES MEDINA<br><br>Parte Peticionario | TA2025CE00587 | *CERTIORARI* procedente del Tribunal de Primera Instancia Sala Superior de Carolina<br>_____<br>Caso Núm.:<br>FLA2023G0144<br>FLA2023G0145<br>FLE2023G0173<br>FLE2023G0174<br>_____<br>SOBRE:<br>ART. 6.06 LEY 168 (2CS)<br>ART. 3.1 LEY 54<br>ART. 3.3(3ER GRADO) LEY 54 |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

# RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de octubre de 2025.

Examinada la *Petición de Certiorari* instada el 8 de octubre de 2025 por José Rafael Torres Medina disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*